**UNITED STATES of America, Plaintiff–Appellee**

v.

**Pedro MIRELES–SIFUENTES, Defendant–Appellant.**

**No. 11–40625**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 21, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Corpus Christi, TX, for Defendant–Appellant.

---

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Pedro Mireles–Sifuentes presents an argument challenging his sentence on the grounds of double counting that he concedes is foreclosed by *United States v. Calbat*, 266 F.3d 358, 364 (5th Cir.2001), and *United States v. Box*, 50 F.3d 345, 359 (5th Cir.1995). *See United States v. Duarte*, 569 F.3d 528, 529–31 (5th Cir. 2009). Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Leon Schydlower, El Paso, TX, for Defendant–Appellant.

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.